# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CONRAD LAYTON,            ) | |
|     Plaintiff,         ) | |
|                 ) | **JUDGMENT IN A CIVIL CASE** |
| v.           ) | **CASE NO. 5:10-CV-14-F** |
| ) | |
| TUPOU HELU LAYTON; EXPERT HOME ) | |
| HEALTH CARE, INC.; NURSING HOME ) | |
| HEALTH CAR; and NURSING LIVE-IN HOME ) | |
| HEALTH CARE, INC.,           ) | |
|     Defendants,         ) | |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that because this court lacks any basis for exercising subject matter jurisdiction, this action hereby is DISMISSED.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 24, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Conrad B. Layton

608 E. Vance Street

Dunn, NC 28339


| | |
|---|---|
| <u>February 24, 2010</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |